UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PUBLIC TRUST,<br><br>      *Plaintiff*,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>      *Defendant*. | Civil Action No. 23-1743 (JEB) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Aug. 4, 2023), Plaintiff Americans for Public Trust and Defendant Federal Aviation Administration, by and through undersigned counsel, respectfully submit this Joint Status Report ("JSR") to propose further proceedings in this case. Defendant anticipates processing all responsive records and produce all non-exempt, reasonably segregable material by October 31, 2023. While this estimate is tentative and could change if unexpected developments arise, Defendant currently knows of no reason why it could not meet this deadline. The parties propose that this Court direct them to file an additional JSR by November 7, 2023.

Dated: August 18, 2023

Respectfully submitted,

By: /s/ Jason Torchinsky
Jason Torchinsky
DC Bar No. 976033
HOLTZMAN VOGEL BARAN
TORCHINSKY JOSEFIAK PLLC
2300 N Street NW Suite 643
Washington, DC 20037
Telephone: (202) 737-8808
Email: jtorchinsky@holtzmanvogel.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW

Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Counsel for Defendants*