UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PUBLIC TRUST,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>*Defendant*. | Civil Action No. 23-1743 (JEB) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Aug. 18, 2023), Plaintiff Americans for Public Trust and Defendant Federal Aviation Administration, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. On October 31, 2023, Defendant completed its production of records responsive to Plaintiff's FOIA request, which consisted of 33 pages released in part and withheld in part, with redactions under Exemptions 5, 6, 7(C), and 7(F). After Defendant produced the records, Plaintiff followed up with some questions about the records, which Defendant answered. Plaintiff currently is reviewing Defendant's production, and has expressed concerns about the adequacy of the search. The parties are conferring in the hope of resolving this issue without need for further litigation, and propose that the Court direct them to file an additional JSR by January 8, 2024.

\* \* \*

| | |
|---|---|
| Dated: November 7, 2023 | Respectfully submitted, |
| By: /s/ Jason Torchinsky<br>Jason Torchinsky<br>DC Bar No. 976033<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY JOSEFIAK PLLC<br>2300 N Street NW Suite 643<br>Washington, DC 20037<br>Telephone: (202 )737-8808<br>Email: jtorchinsky@holtzmanvogel.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES<br>D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Bradley G. Silverman<br>BRADLEY G. SILVERMAN<br>D.C. Bar #1531664<br>Assistant United States Attorney<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2575<br>bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States of America* |