UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PUBLIC TRUST,<br><br>        *Plaintiff*,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>        *Defendant*. | Civil Action No. 23-1743 (JEB) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Nov. 7, 2023), Plaintiff Americans for Public Trust and Defendant Federal Aviation Administration, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") in this case under the Freedom of Information Act, 5 U.S.C. § 552. Plaintiff continues to review Defendant's supplemental production, and the parties propose that the Court direct them to file an additional JSR by June 8, 2024.

Dated: March 8, 2024

By: /s/ Jason Torchinsky
Jason Torchinsky
DC Bar No. 976033
HOLTZMAN VOGEL BARAN
TORCHINSKY JOSEFIAK PLLC
2300 N Street NW Suite 643
Washington, DC 20037
Telephone: (202 )737-8808
Email: jtorchinsky@holtzmanvogel.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*